IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00086 |
| v. | (Judge Brann) |
| JAMES DUNCAN, | |
| Defendant. | |

### ORDER

**AND NOW**, this 24th day of August 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant James Duncan's Motion for Discovery, Doc. 33, is **GRANTED IN PART AND DENIED IN PART**.

    a. Duncan's request for a "list of the names of all inmates housed in Unit 3A of the Medium Security Federal Correctional Institution at Allenwood on November 26, 2018 including each inmate's Registration Number" is DENIED WITHOUT PREJUDICE while the Government conducts the investigative efforts that the Court described in the accompanying Memorandum Opinion.

    b. Duncan's request for "[c]omplete photographs of the Unit 3A Unit Officer's office including all walls, the doorway and the ceiling" is **GRANTED**.

    c. Duncan's request for "[a]ll service records for the cameras in the Unit 3A Officer's office and the adjacent hallway" is **GRANTED**.

    d. Duncan's request for a "list of the location and type of each camera located in the Unit 3A Officer's office and the adjacent hallway" is **GRANTED**.

    e.    Duncan's request for "[d]isciplinary records and employment records for Officer R. Garrison is **DENIED WITHOUT PREJUDICE** to the Government's fulfillment of its *Brady*, *Giglio*, and like discovery obligations.

2.    Defendant James Duncan's Motion for Court Order Permitting Counsel to Enter and Photograph the Crime Scene Located at F.C.I. Allenwood Medium, Doc. 35, is **DENIED WITHOUT PREJUDICE**.

3.    The Government shall provide to the Defendant the discovery contemplated by the Order, and shall complete its investigative efforts delineated in the Memorandum Opinion, within thirty (30) days.

                                BY THE COURT:

                                *s/ Matthew W. Brann*
                                Matthew W. Brann
                                United States District Judge